| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| BEN DOYLE VAUGHN, | § |
| Plaintiff, | § |
| versus | § CIVIL ACTION NO. 1:16-CV-384 |
| LT. ROBERT STRAUSE, | § |
| Defendant. | § |

**MEMORANDUM ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Ben Doyle Vaughn, an inmate confined at the Federal Correctional Complex in Pollock, Louisiana, proceeding *pro se*, brought this lawsuit against Lt. Robert Strause.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends plaintiff's motion for default judgment be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b).

The court has conducted a *de novo* review in this case. After careful consideration, the court concludes Plaintiff's objections to the report are without merit.

**O R D E R**

Accordingly, Plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is

**ADOPTED**. It is therefore

**ORDERED** that plaintiff's motion for default judgment is **DENIED**.

SIGNED at Plano, Texas, this 7th day of September, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE